UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-06111-CBM-SSC | Date | October 16, 2025 |

| | |
|---|---|
| Title | *Crystal Nasha Rodgers v. Brian Cassin et al* |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:   **IN CHAMBERS- ORDER TO SHOW CAUSE**

The Court approved the parties' Joint Stipulation to Dismiss Defendant Experian Information Solutions Inc. (Dkt. No. 33). (*See* Dkt. No. 34 (the "Order").)

With the dismissal of Defendant Experian Information Solutions, Inc., the Court finds there are no remaining named defendants in the action. (*See* Dkt. Nos. 17, 26.)  Plaintiff is hereby ordered to show cause as to why the case should not be dismissed no later than November 1, 2025.

**IT IS SO ORDERED.**