UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-06111-CBM-SSC | Date | November 13, 2025 |
|---|---|---|---|

| Title | *Crystal Nasha Rodgers v. Brian Cassin et al* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: DISMISSAL OF ACTION**

The matter before the Court is the Court's October 16, 2025 Order to Show Cause, which stated Plaintiff must show cause as to why the case should not be dismissed no later than November 1, 2025. (Dkt. No. 35 (the "Order").) Plaintiff failed to respond to the Order and all named defendants have been dismissed with prejudice. (Dkt. Nos. 17, 26, 34.) Accordingly, the case is dismissed with prejudice for want of prosecution.

**IT IS SO ORDERED.**